THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS TAVE, Respondent, v. LEO J. PALMER, as Superintendent of the NEW YORK STATE REFORMATORY FOR WOMEN AT BEDFORD, Appellant.— Order sustaining writ of habeas corpus affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur. [132 Misc. 119.] .

MAX WIENICK, Respondent, v. BALTIC AMERICA LINE, INC., Appellant.— Order denying motion to vacate subpœna *duces tecum* and to modify notice of examination affirmed, in so far as appealed from, with ten dollars costs and disbursements; examination to proceed on two days' notice. · No opinion. Motion for stay denied, with ten dollars costs. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

In the Matter of the Application of SELLEN-REPENT CORPORATION, Appellant, for an Order of Mandamus against HOWARD G. WILSON, as Mayor, and HARRY J. WELLEBIL and Others, as Trustees of the Incorporated Village of Lynbrook, Respondents.— Motion for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JAMES BRADDISH, Respondent, v. ROMAN TAXI CORPORATION, Appellant.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents. MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to dismiss appeal denied, and motion to extend time to perfect the appeal to the May term granted upon condition that, within five days from the entry of the order herein, appellant's attorney pay to respondents the sum of twenty-five dollars; otherwise, motion to dismiss appeal granted and motion to extend time to perfect the appeal to the May term denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MYER EFROS and ADOLPH M. WEISS, Doing Business under the Firm Name and Style of WHITE REALTY COMPANY, Respondents, v. SAMUEL COHEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

MYER EFROS and ADOLPH M. WEISS, Doing Business under the Firm Name and Style of WHITE REALTY COMPANY, Respondents, v. SAMUEL COHEN and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

GAETANO FIAMMETTA GERMANA, Respondent, v. ANGELINA M. FERRARI, Appellant. CAROLINA GALLOTTI, etc., Individually and as Administratrix, etc., and Another, Defendants.— Motion for stay of execution granted upon condition that, within five days from the entry of the order herein, appellant file an undertaking with corporate surety to pay the amount of the deficiency judgment and costs in the event of the affirmance of the orders. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

INTERBOROUGH SASH AND DOOR COMPANY, Respondent, v. ELCORN REALTY CORPORATION and Others, Defendants. INTERBOROUGH STOVE CO., INC., and Others, Appellants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.